[No. 11054-7-II. Division Two. December 14, 1987.]

AMERICAN GROUP, *Respondent,* v. LORELLE KEHOE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-05279-3, Waldo F. Stone, J., entered

1004

August 8, 1986. *Dismissed* by unpublished opinion per Petrich, J., concurred in by Worswick, J., Alexander, A.C.J., dissenting.